Joel P. Waelty (SBN 226728)
        Of Counsel
JACHIMOWICZ LAW GROUP
1530 The Alameda, Suite1150
San Jose, California 95126
Tel.: (408) 246-5500
Fax: (408) 246-1051
Email: joel@jachlawgroup.com

Attorneys for Plaintiff
ALEN ALLRED


James M. Peterson, Esq. (SBN 137837)
Derek W. Paradis, Esq. (SBN 269556)
Higgs, Fletcher & Mack, LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
(619) 236-1551 – telephone
(619) 619-1410 – facsimile
Email: Peterson@higgslaw.com
Email: Paradisd@higgslaw.com


Attorney for Defendant:
O'REILLY AUTO ENTERPRISES, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEN ALLRED, | No. 2:17-CV-01179-TLN-DB |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO ALLOW DEPOSITIONS AFTER THE DISCOVERY DEADLINE** |
| vs. | |
| O'REILLY AUTO ENTERPRISES, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

JACHIMOWICZ LAW GROUP
1530 THE ALAMEDA, SUITE 115
SAN JOSE, CALIFORNIA 95126
(408) 246-5500

TO THE HONORABLE DEBORAH BARNES:

The parties hereto, Plaintiff ALEN ALLRED ("Plaintiff") and Defendant O'REILLY AUTO ENTERPRISES, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate to good cause in support of relief from the discovery cutoff to allow Four (4) Depositions as follows:

WHEREAS, the parties engaged in mediation with Tripper Ortman, Esq. on May 31, 2018;

WHEREAS, the parties continued the negotiation process through July 26, 2018;

WHEREAS, the parties were close to negotiating a settlement during this process;

WHEREAS, the parties were trying to avoid expending funds on unnecessary depositions until settlement negotiations failed;

WHEREAS, Plaintiff served Notices of Depositions before the cutoff but, due to an oversight, set them after the discovery cutoff;

WHEREAS, counsel for the parties have agreed that only four depositions will be required as follows:

Plaintiff

Jimmy Mojica

Michael Heller

O'Reilly Designated Person (R30(b)(6))

WHEREAS, taking of these depositions will help the parties prepare the case for jury trial and will streamline the presentation of that trial;

WHEREAS, there is no objection to these depositions and the parties don't foresee any unnecessary delay in preparing the case for trial from requested relief;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their respective counsel of record that the parties be given leave to conduct Four (4) depositions of the following witnesses:

Plaintiff

Jimmy Mojica

Michael Heller

O'Reilly Designated Person (R30(b)(6))

**IT IS SO STIPULATED.**

Dated: August 22, 2018                    JACHIMOWICZ LAW GROUP

                                          /s/ Joel P. Waelty
                                          Attorney for Plaintiff
                                          ALAN ALLRED

Dated: August 22, 2018                    HIGGS, FLETCHER & MACK, LLP

                                          /s/ Derek W. Paradis
                                          Attorney for Defendant
                                          O'REILLY AUTO ENTERPRISES, LLC

**ORDER**

JACHIMOWICZ LAW GROUP
1530 THE ALAMEDA, SUITE 115
SAN JOSE, CALIFORNIA 95126
(408) 246-5500

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties are relieved from the discovery cutoff and may set and take the depositions of the following witnesses:

Plaintiff

Jimmy Mojica

Michael Heller

O'Reilly Designated Person (R30(b)(6))

**IT IS SO ORDERED.**

Dated: August 22, 2018

_____
Troy L. Nunley
United States District Judge

JACHIMOWICZ LAW GROUP
1530 THE ALAMEDA, SUITE 115
SAN JOSE, CALIFORNIA 95126
(408) 246-5500